# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, Mark E. | United States District Court, N. D. Fla. | 05/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

111 N. Adams Street
Tallahassee, FL 32301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Holland & Knight - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Morgan Stanley Active Cash Asset Account | A | Interest | L | T | | | | | |
| 2. | Bank of America Bank Accounts | A | Interest | N | T | | | | | |
| 3. | Pro Bank Accounts | A | Interest | L | T | | | | | |
| 4. | Holland & Knight | | None | M | T | | | | | |
| 5. | SPDR Trust Series 1 (SPY) | A | Dividend | K | T | Buy | 08/22/13 | K | | |
| 6. | Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 7. | Blackrock Global Allocation C | | None | | | Sold | 03/13/13 | K | B | |
| 8. | SPDR Trust Series 1 (SPY) | A | Dividend | K | T | Buy | 08/22/13 | K | | |
| 9. | Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 10. | Blackrock Global Allocation C | | None | | | Sold | 03/13/13 | K | B | |
| 11. | The Walt Disney Company | A | Dividend | J | T | | | | | |
| 12. | 529 College Savings Plan #1 (College Save Growth PTF) | E | Int./Div. | M | T | Buy (add'l) | 12/31/13 | K | | |
| 13. | 529 College Savings Plan #2 (College Save Growth PTF) | E | Int./Div. | M | T | Buy (add'l) | 12/31/13 | K | | |
| 14. | Morgan Stanley Retirement Account #1 (Listed Individually below) | | | | | | | | | |
| 15. | Morgan Stanley Bank Cash Account (Retirement Account #1) | A | Interest | J | T | | | | | |
| 16. | ACE LTD (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 17. | Apple Inc (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AT&T Inc (Retirement Account #1) | | None | | | Buy | 08/23/13 | J | | |
| 19. AT&T Inc (Retirement Account #1) | | None | | | Sold | 09/06/13 | J | A | |
| 20. Baxter Intl Inc (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 21. Blackrock Inc (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 22. Bristol Myers Squibb Co (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 23. Chevron Corp (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 24. Colgate Palmolive Co (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 25. Eaton Corp PLC SHS (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 26. Honeywell International Inc (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 27. JP Morgan Chase & Co (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 28. L Brands Inc Com (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 29. Nextera Energy Inc Com (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 30. Philip Morris Intl Inc (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 31. Qualcomm Inc (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 32. Seadrill LTD (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 33. Sempra Energy (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 34. Telus Corp New (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. United Technologies Corp (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 36. V F Corporation (Retirement Account #1) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 37. Williams Co Inc (Retirement Account #1) | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 38. Yum Brands Inc (Retirement Account #1) | | None | | | Sold | 10/02/13 | J | A | |
| 39. Yum Brands Inc (Retirement Account #1) | | None | | | Buy | 08/23/13 | J | | |
| 40. Intl Business Machines Corp. (Retirement Account #1) | | None | | | Buy | 10/04/13 | J | | |
| 41. Intl Business Machines Corp. (Retirement Account #1) | | None | | | Sold | 10/23/13 | J | A | |
| 42. Morgan Stanley Retirement Account #2 (Listed Individually below) | | | | | | | | | |
| 43. Morgan Stanley Bank Cash Account (Retirement Account #2) | A | Interest | J | T | | | | | |
| 44. ACE LTD (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 45. Apple Inc (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 46. AT&T Inc (Retirement Account #2) | | None | | | Buy | 08/23/13 | J | | |
| 47. AT&T Inc (Retirement Account #2) | | None | | | Sold | 09/06/13 | J | A | |
| 48. Baxter Intl Inc (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 49. Blackrock Inc (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 50. Bristol Myers Squibb Co (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 51. Chevron Corp (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Colgate Palmolive Co (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 53. Eaton Corp PLC SHS (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 54. Honeywell International Inc (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 55. JP Morgan Chase & Co (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 56. L Brands Inc Com (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 57. Nextera Energy Inc Com (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 58. Philip Morris Intl Inc (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 59. Qualcomm Inc (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 60. Seadrill LTD (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 61. Sempra Energy (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 62. Telus Corp New (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 63. United Technologies Corp (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 64. V F Corporation (Retirement Account #2) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 65. Williams Co Inc (Retirement Account #2) | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 66. Yum Brands Inc (Retirement Account #2) | | None | | | Sold | 10/02/13 | J | A | |
| 67. Yum Brands Inc (Retirement Account #2) | | None | | | Buy | 08/23/13 | J | | |
| 68. Intl Business Machines Corp. (Retirement Account #2) | | None | | | Buy | 10/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Intl Business Machines Corp. (Retirement Account #2) | | None | | | Sold | 10/23/13 | J | A | |
| 70. Royce Total Return Serv (Retirement Account #2 | A | Dividend | | | Sold | 08/26/13 | J | A | |
| 71. Morgan Stanley Retirement Account #3 (Listed Individually below) | | | | | | | | | |
| 72. Morgan Stanley Bank Cash Account (Retirement Account #3) | A | Interest | J | T | | | | | |
| 73. ACE LTD (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 74. Apple Inc (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 75. AT&T Inc (Retirement Account #3) | | None | | | Buy | 08/23/13 | J | | |
| 76. AT&T Inc (Retirement Account #3) | | None | | | Sold | 09/06/13 | J | A | |
| 77. Baxter Intl Inc (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 78. Blackrock Inc (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 79. Bristol Myers Squibb Co (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 80. Chevron Corp (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 81. Colgate Palmolive Co (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 82. Eaton Corp PLC SHS (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 83. Honeywell International Inc (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 84. JP Morgan Chase & Co (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 85. L Brands Inc Com (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nextera Energy Inc Com (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 87. Philip Morris Intl Inc (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 88. Qualcomm Inc (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 89. Seadrill LTD (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 90. Sempra Energy (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 91. Telus Corp New (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 92. United Technologies Corp (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 93. V F Corporation (Retirement Account #3) | A | Dividend | J | T | Buy | 08/23/13 | J | | |
| 94. Williams Co Inc (Retirement Account #3) | A | Dividend | J | T | Buy | 10/04/13 | J | | |
| 95. Yum Brands Inc (Retirement Account #3) | | None | | | Sold | 10/02/13 | J | A | |
| 96. Yum Brands Inc (Retirement Account #3) | | None | | | Buy | 08/23/13 | J | | |
| 97. Intl Business Machines Corp. (Retirement Account #3) | | None | | | Buy | 10/04/13 | J | | |
| 98. Intl Business Machines Corp. (Retirement Account #3) | | None | | | Sold | 10/23/13 | J | A | |
| 99. Royce Total Return Serv (Retirement Account #3 | A | Dividend | | | Sold | 08/26/13 | J | A | |
| 100. Morgan Stanley Retirement Account #4 (Listed Individually below) | | | | | | | | | |
| 101. Ivy Large Cap Grw A (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 102. Pimco Total Return A (Retirement Account #4) | A | Dividend | | | Sold | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Blackrock Equity Dividend A (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 104. Virtus Foreign Opport A (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 105. Henderson Intl Opportunities A (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 106. Lazard Developing Mkts Eq Open (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 107. Balckrock Hi Yield Bd Ptf A (Retirement Account #4) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 108. Metropolitan West Low Dur Bd M (Retirement Account #4) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 109. Wells Fargo Adv Discovery Inv (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 110. Cohen & Steers Realty Shs Inc (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 111. Guggenheim Mngd Futrs Strat A (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 112. RS Partners A (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 113. Calamos Market Neutral Inc A (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 114. JP Morgan Hibrg Dyn Comm Strt (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 115. Invesco Premier Inst (Retirement Account #4) | | None | | | Sold | 03/08/13 | J | A | |
| 116. William Blair Intl Growth N (Retirement Account #4) | | None | | | Sold | 03/14/13 | J | B | |
| 117. Lazard Emerging Markets Open (Retirement Account #4) | | None | | | Sold | 03/14/13 | J | A | |
| 118. Blackrock US Opportunities Svc (Retirement Account #4) | | None | | | Sold | 03/14/13 | J | A | |
| 119. Cohen & Steers Intl Realty A (Retirement Account #4) | | None | | | Sold | 03/14/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. RS Global Natural Res A (Retirement Account #4) | | None | | | Sold | 03/14/13 | J | A | |
| 121. Goldman Sachs Abslte Ret Trk A (Retirement Account #4) | | None | | | Sold | 03/14/13 | J | A | |
| 122. Morgan Stanley Retirement Account #5 (Listed Individually below) | | | | | | | | | |
| 123. American Gr Fd of America F1 (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | B | |
| 124. Metropolitan Wst Tot Ret Bd M (Retirement Account #5) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 125. Davis New York Venture A (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | B | |
| 126. Henderson Intl Opportunities A (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |
| 127. Virtus Foreign Opport A (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |
| 128. Invesco Developing Markets A (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |
| 129. Pimco High Yield A (Retirement Account #5) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 130. Pimco Low Duration A (Retirement Account #5) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 131. Blackrock US Opportunities Svc (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |
| 132. Ing Global Real Estate A (Retirement Account #5) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 133. Guggenheim Mngd Futrs Strat A (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |
| 134. Royce Total Return Serv (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |
| 135. Calamos Market Neutral Inc A (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |
| 136. JP Morgan Hibrg Dyn Comm Strt (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Invesco Premier Inst (Retirement Account #5) | | None | | | Sold | 03/08/13 | J | A | |
| 138. Morgan Stanley Retirement Account #6 (Listed Individually below) | | | | | | | | | |
| 139. American Gr Fd of America F1 (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 140. Metropolitan Wst Tot Ret Bd M (Retirement Account #6) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 141. Davis New York Venture A (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 142. Henderson Intl Opportunities A (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 143. Virtus Foreign Opport A (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 144. Invesco Developing Markets A (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 145. Pimco High Yield A (Retirement Account #6) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 146. Pimco Low Duration A (Retirement Account #6) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 147. Blackrock US Opportunities Svc (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 148. Ing Global Real Estate A (Retirement Account #6) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 149. Guggenheim Mngd Futrs Strat A (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 150. Royce Total Return Serv (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 151. Calamos Market Neutral Inc A (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 152. JP Morgan Hibrg Dyn Comm Strt (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |
| 153. Invesco Premier Inst (Retirement Account #6) | | None | | | Sold | 03/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Morgan Stanley Retirement Account #7 (Listed Individually below) | | | | | | | | | |
| 155. American Gr Fd of America F1 (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | B | |
| 156. Metropolitan Wst Tot Ret Bd M (Retirement Account #7) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 157. Davis New York Venture A (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | B | |
| 158. Henderson Intl Opportunities A (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 159. Virtus Foreign Opport A (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 160. Invesco Developing Markets A (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 161. Pimco High Yield A (Retirement Account #7) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 162. Pimco Low Duration A (Retirement Account #7) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 163. Blackrock US Opportunities Svc (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 164. Cohen & Steers Realty Shs Inc (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 165. Guggenheim Mngd Futrs Strat A (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 166. Royce Total Return Serv (Retirement Account #7) | A | Dividend | | | Sold | 03/08/13 | J | A | |
| 167. Calamos Market Neutral Inc A (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 168. JP Morgan Hibrg Dyn Comm Strt (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 169. Invesco Premier Inst (Retirement Account #7) | | None | | | Sold | 03/08/13 | J | A | |
| 170. Fidelity Retirement Account #8 (Listed Individually below) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FID Contrafund K (Retirement Account #8) | E | Dividend | O | T | | | | | |
| 172. GS Midcap Value Inst (Retirement Account #8) | E | Dividend | M | T | | | | | |
| 173. Alzgi Nfj Smcpvl Is (Retirement Account #8) | D | Dividend | M | T | | | | | |
| 174. Dodge & Cox Intl Stk (Retirement Account #8) | B | Dividend | M | T | | | | | |
| 175. Fid Retire Mmkt (Retirement Account #8) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544